UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON SANDBERG,

                Plaintiff,

  v.

SUPERINTENDENT RON VAN BOENING, *et al.*,

                Defendants.

No. 09-5347RJB/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation (Dkt. 21) of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, and the remaining record.

On July 6, 2009, and July 21, 2009, Plaintiff filed motions requesting a temporary restraining order to prevent the Department of Corrections ("DOC") from transferring him to another facility. Dkt. 6 and 11. On August 4, 2009, a Report and Recommendation was filed recommending that the motions for a temporary restraining order be denied. Dkt. 21 at 3. In response to the Report and Recommendation, the Plaintiff filed an objection (Dkt. 30) and several other motions that are related to the relief requested in his underlying motions (Dkts. 24, 26, and 27). The motions filed subsequent to the Report and Recommendation shall be considered along with Plaintiff's objection since the relief requested in those motions is related

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

to the underlying motions addressed in the Report and Recommendation and the Plaintiff's objection.

After reviewing the record, the Court agrees with the Report and Recommendation. The Plaintiff's arguments are without merit. Plaintiff fails to show any irreparable injury that would warrant an order granting a temporary restraining order.

For the foregoing reasons, it is hereby ORDERED:

(1) The Court ADOPTS the Report and Recommendation (Dkt. 21);

(2) Plaintiff's motions for Temporary Restraining Orders preventing his transfer to another facility are DENIED (Dkt. 6, 11, 24, 26, and 27);

(3) Plaintiff's remaining pending motions, if any, are referred back to the Magistrate Judge; and

(4) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 9th day of September, 2009.

/s/ Robert J. Bryan

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2