UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON W. SANDBERG,

              Plaintiff,

v.

SUPERINTENDENT RON VAN BOENING, *et al.*,

              Defendants.

CASE NO. C09-5347RJB/JRC

ORDER

    This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and 636(b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. The matter is before the court on plaintiff's motion asking the court to order the Washington State Department of Corrections to pay for polygraph tests for plaintiff and defendants (Dkt. # 33). The motion is DENIED. A grant of *in forma pauperis* status does not pay for costs of this nature.

    The Clerk's office is directed to remove Dkt. # 33 from the calendar.

    DATED this 21st day of September, 2009.

                                    J. Richard Creatura
                                    United States Magistrate Judge

ORDER - 1