UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON W. SANDBERG,

        Plaintiff,

v.

SUPERINTENDENT RON VAN BOENING, *et al*.,

        Defendants.

CASE NO. C09-5347RJB/JRC

ORDER

This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and 636(b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. The matter is before the court on two motions filed by plaintiff. In the first motion plaintiff asks the court to correct the spelling of a defendant's name (Dkt. # 40). The court has ordered plaintiff to file a "second amended complaint" and plaintiff may correct the spelling of the defendants name in that document.

The second motion asks the court to send plaintiff a copy of his original complaint so he can file a second amended complaint (Dkt. # 41). The clerk's office is directed to send Mr. Sandberg one copy of the nine page complaint, (Dkt. # 18).

ORDER - 1

1     The court, on its own motion, will extend the deadline for filing the second amended complaint until January 29, 2010. Plaintiff is reminded that he must file a separate copy of the second amended complaint for each defendant and a filled out Marshal's service form for each defendant, as well. Failure to provide the second amended complaint and forms on or before January 29, 2010 will result in a Report and Recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.

    The Clerk's office is directed to remove Dkt. # 40 and 41 from the calendar, send Mr. Sandberg a copy of the complaint, and re-note the due date for the receipt of the amended complaint for January 29, 2010.

    DATED this 15th day of December, 2009.

_____
J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE