UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON WILLIAM SANDBERG,<br><br>                Plaintiff,<br><br>      v.<br><br>SUPERINTENDENT RON VAN BOENING, *et al.*,<br><br>                Defendants. | CASE NO. C09-5347RJB/JRC<br><br>ORDER REQUESTING A COPY OF DOCUMENTS, STAYING DISCOVERY, AND GRANTING PLAINTIFF A CONTINUANCE. |

       This 42 U.S.C. §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

       A number of interwoven motions are before the court. Defendants have moved for dismissal pursuant to Fed. R. Civ. P. 12 (c) (Dkt. # 61). Within the motion to dismiss is a separate motion asking that discovery be stayed until the dispositive motion is decided (Dkt. # 61, page 19-20). Plaintiff has responded and asks that he be provided with discovery and that he have a continuance of the dispositive motion (Dkt. # 62). Each non-dispositive motion is addressed below:

ORDER - 1

1. Request for a copy of the second amended complaint.

The court reviewed the file in this case in preparation for issuing a Report and Recommendation on the dispositive motion. The file is not complete. When the court ordered service of the second amended complaint on February 17, 2010, for reasons unknown, a copy of the second amended complaint was not scanned into the ECF system. The court requests that Defendants' counsel mail a copy of the complaint that was served on his clients to the court. The court should receive this document on or before **July 30, 2010**.

2. Discovery.

Normally, the filing of a dispositive motion does not stay discovery. However, the defendants raised the affirmative defense of qualified immunity in the answer (Dkt. # 60). In DiMartini v. Ferrin, 889 F.2d 922 (9th Cir. 1989) the court recognized that discovery is stayed until the issue of qualified immunity is decided, and that the rules of evidence are then relaxed so a plaintiff can, in affidavit form, oppose a dispositive motion even though plaintiff has been denied discovery. Because the affirmative defense of qualified immunity is before the court, the motion to stay discovery is **GRANTED**.

3. Continuance.

The resetting of the dates in this case and the request for additional briefing effectively grant plaintiff the continuance he was seeking, although discovery has been stayed.

The Clerk is directed to renote defendants' motion to dismiss for **July 30, 2010** and mail a copy of this Order to plaintiff.

DATED this 8th day of July 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2