UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON WILLIAM SANDBERG,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPERINTENDENT RON VAN BOENING, *et al*.,<br><br>  Defendants. | CASE NO.  C09-5347RJB/JRC<br><br>ORDER RE-NOTING A MOTION TO DISMISS AND STAYING THE ACTION |

This 42 U.S.C. §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

On April 27, 2010, defendants moved to dismiss this action. That motion was noted for May 28, 2010 (Dkt. # 61). When the court considered the motion, it noted that the complaint served on defendants was not the complaint on file and asked counsel to provide a copy of the amended complaint that had been served (Dkt. # 64). The motion to dismiss was re-noted for July 30, 2010.

ORDER - 1

On July 19, 2010, plaintiff filed an untimely notice of appeal regarding an order staying discovery (Dkt # 67).  Thus, the court no longer had jurisdiction to entertain the motion to dismiss.

On August 26, 2010, the Ninth Circuit dismissed the appeal as untimely.  The court now ORDERS

1. The motion to dismiss, (Dkt. # 61), is re-noted for September 10, 2010.

2. Until a Report and Recommendation on the motion to dismiss is entered this action is STAYED.

DATED this 7th day of September 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2