UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON W. SANDBERG,

           Plaintiff,

    v.

SUPERINTENDENT RON VAN BOENING, et al.,

           Defendants.

CASE NO. C09-5347RJB/JRC

ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT

This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion for an extension of time to file an amended complaint (ECF No. 83). Defendants do not oppose the motion (ECF No. 84). As there is no opposition, the motion is GRANTED.

Plaintiff will have until **February 25, 2011** to file his amended complaint. Failure to file the amended complaint by that time will result in a Report and Recommendation that the action be dismissed.

The Clerk's office is directed to remove ECF No. 83 from the calendar.

DATED this 26th day of January, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1