1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON WILLIAM SANDBERG,

          Plaintiff,

      v.

SUPERINTENDENT RON VAN
BOENING, *et al*.,

          Defendants.

CASE NO.  C09-5347RJB/JRC

ORDER DENYING MOTION FOR
RECONSIDERATION

    This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate

Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1,

MJR 3, and MJR 4.  Before the court is plaintiff's motion for reconsideration of an order denying

appointment of counsel (ECF No. 101).  This is the fifth time plaintiff has asked the court to

appoint counsel in this case (ECF No. 7, 19, 29, and 94).

    Local Rule 7(h) sets forth the standard.  "Motions for reconsideration are disfavored. The

court will ordinarily deny such motions in the absence of a showing of manifest error in the prior

ruling or a showing of new facts or legal authority which could not have been brought to its

ORDER - 1

1   attention earlier with reasonable diligence." Plaintiff does not meet this standard and does not

2   show a likelihood of success on the merits that warrants appointment of counsel.  The motion is

3   **DENIED**.

4           DATED this 25th day of May 2011.

5

6

7                                                J. Richard Creatura

8                                                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2